```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant PEREZ
 6
 7
                     IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,          )  No. CR 11-70459 EDL
11                                     )
                 Plaintiff,            )  STIPULATION AND [PROPOSED]
12                                     )  ORDER FOR CONTINUANCE OF
         v.                            )  PRELIMINARY HEARING
13                                     )
    JULIA PEREZ,                       )  Date:  June 1, 2011
14                                     )  Time:  9:30 a.m.
                 Defendant.            )  Court: The Honorable Elizabeth D.
15  _____)         Laporte

16       The parties hereby stipulate and agree as follows:

17       1.   This matter is set for a Preliminary Examination/arraignment hearing on June 1,
18            2011 at 09:30 a.m.;

19       2.   Counsel on both sides are engaged in pre-indictment negotiations and those
20            negotiations are not likely to be resolved by June 1, 2011;

21
22       3.   The parties thus jointly request that the hearing be continued to June 14, 2011 at
              9:30 a.m.
23
24       4.   Pursuant to FRCP 5.1(c) and 18 U.S.C. § 3161(b), Ms. Perez hereby waives her
25            right to a return of the indictment against her within 21 days of the initial
26            appearance and within 30 days of her arrest.  Undersigned counsel hereby attests
```

STIP CONTINUE HEARING

1  that there is good cause to extend the time period in which the government has to
2  return an indictment in this case, as pre-indictment negotiations are ongoing that
3  defense counsel believes, in good faith, may likely inure to Ms. Perez' benefit.
4  Accordingly, she asks the Court to hold that based on good cause, the defendant's
5  interest in extending the time for return of indictment in this matter outweighs the
6  public's interest in the prompt disposition of criminal cases and the defendant's
7  and public's interest in a speedy trial.  *See* FRCP 5.1(d); 18 U.S.C. § 3161(b).

9  IT IS SO STIPULATED.
10  DATED:     May 26, 2011          _____/s/_____
                                      KIRSTIN AULT
11                                    Assistant United States Attorney

13  DATED:     May 26, 2011          _____/s/_____
14                                    ELIZABETH M. FALK
                                      Assistant Federal Public Defender.

16                         [PROPOSED] ORDER

17  For the reasons set forth above, the hearing in the aforementioned matter is hereby
18  CONTINUED from June 1, 2011 to June 14, 2011 at 9:30 a.m.  Based on the representations of
19  defense counsel, the Court hereby finds that for good cause shown, the time period in which the
20  government has to return an indictment in this case is hereby EXTENDED to June 14, 2011, and
21  further finds that the interests of the defendant served by doing so outweighs the public's interest
22  in the prompt disposition of criminal cases.  *See* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(b).

24  **IT IS SO ORDERED**.

25  DATED: May 31, 2011              _____
                                      THE HONORABLE ELIZABETH LAPORTE
26                                    UNITED STATES MAGISTRATE JUDGE

STIP CONTINUE HEARING
-1-